# Court of Appeals
# of the State of Georgia

ATLANTA,___May 06, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1509. LANA RICHARD v. DIDIER RICHARD.

Lana Richard brought a custody modification action against Didier Richard. On January 15, 2016, the trial court issued a final order denying the petition for modification. Lana Richard filed a notice of appeal from this order on February 19, 2016. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Lana Richard's notice of appeal was filed 35 days after entry of the final order, this appeal is untimely. It is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/06/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*